Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Southern District of California

Civil Division



**FILED**

Mar 14 2025

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY        s/ AlejandraIslas        **DEPUTY**

Straughan Petrie

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Downtown San Diego Partnership

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   **'25CV0613 DMS VET**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Straughan Petrie |
| Address | 299 17th St |
| | San DIego |

| | City | State | Zip Code |
|---|---|---|---|
| | San DIego | Ca | 92101 |

| | |
|---|---|
| County | USA |
| Telephone Number | 951.775.8697 |
| E-Mail Address | straughanpetrie@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Downtown San Diego Partnership |
| Job or Title *(if known)* | |
| Address | 755 C St |

| | City | State | Zip Code |
|---|---|---|---|
| | San Diego | Ca | 92101 |

| | |
|---|---|
| County | United States of America |
| Telephone Number | (619) 234-8900 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | City | State | Zip Code |
|---|---|---|---|
| | | | |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

| | City | State | Zip Code |
|---|---|---|---|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity     ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
"Safe Sleep", "O Lot" 1800 Welch Road San DIego California 92101

B.    What date and approximate time did the events giving rise to your claim(s) occur?
michael olivier confronted security guard
michael olivier kicked out and let back in "Safe Sleep"
beaten up_____Approximately 29 August, 2024 11pm failure management to confiscate hammer
forced to appologize_____Approximately 27 December 2024 11am
self-defense item confiscated_____

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
Bigotted, resident, homeless micheal olivier, Downtown San Diego Partnership site manager, upper management and senior management all are of black skin decent. There are no caucasion or other ethnicity persons in any management level over the site. The following events are in chronological order: Micheal Olivier confronted & assaulted site security guard Giovanni and was exited from the site and program. Shortly thereafter, to the security guard's suprise and bewilderment, Michael Olivier was allowed back into the program and site. Shortly following, Micheal Olivier assaulted and battered me. I was thrown to the ground. Micheal Olivier had a hammer in his right hand. My vivid description of events to the site security guards, the site manager, my case manager (who was and is also of black skin decenet), the police did not result in the confescation of Michael Olivier's hammer, in direct contradiction of camp site rules. Some months later by the same camp site manager, I was forced under threat of a "written warning" to apologize to a group of about 10 persons of black skin decent for saying, but not using the word, "nigger". Participants in the group included "Gabby" who wrote a complaint against me and submitted it to site management and "Levar".

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

[CONT FROM PAGE4, UNDERLYING FACTS] The same group of persons flagrantly and very often in conversation with each other used the word "nigger", directly calling each other "nigger". Subsequent to this event, the camp sitemanager in agreement with my same case manager confescated a pocket knife i carried in self-defense should I be attacked again by Michael Olivier.

IV. Injuries

2 black eyes and bloody nose, shock, emotional trauma, shamed discrimination, degredation and humiliation based on my caucasion ethnicity, continued fear of discrimination by site management on all levels against my person for being and having caucasion based ethnicity and not being of black skin decent, continued fear of still weapon armed Michael Olvier

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Injunctive relief an order to Downtown San Diego Partnership to stop its discrimination of the caucasian ethnicity.

Punitive relief in the amount of $1,000,000.00 from Downtown San Diego Partnership for its actions and lack of actions as described in III C above that resulted in Straughan Petrie's injuries as described in IV above.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *13 MARCH 2025*

Signature of Plaintiff    _____

Printed Name of Plaintiff    *STRAUGHAN PETRIE*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

City    State    Zip Code

Telephone Number    _____

E-mail Address    _____